Kaywin Kennedy, Executor of Last Will and Testament of Sara M. Hart, Deceased, et al., Plaintiffs, v. Susan Tate et al., Defendants.

Corn Belt Bank of Bloomington, and Robert Allen Hart, Defendants-Appellees, v. Esther Jo Hawks Stephenson et al., Defendants-Appellants.

Gen. No. 10,034. (Abstract of Decision.)

Third District.

February 14, 1956.

Rehearing denied March 15, 1956.

Released for publication March 15, 1956.

L. C. Sieberns, for defendants-appellants; Dunn and Dunn, for Robert Allen Hart, appellee. Opinion by JUDGE CARROLL. Not to be published in full.